**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLACK ELK ENERGY OFFSHORE | § | CASE NO. 15-34287 |
| OPERATIONS, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| RICHARD SCHMIDT, LITIGATION TRUSTEE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | ADVERSARY NO. 16-3237 |
| PLATINUM PARTNERS VALUE ARBITRAGE | § | |
| FUND LP, PLATINUM PARTNERS CREDIT | § | |
| OPPORTUNITIES MASTER FUND LP, PLATINUM | § | |
| PARTNERS LIQUID OPPORTUNITIES MASTER | § | |
| FUND LP, AND PPVA BLACK ELK (EQUITY) | § | |
| LLC, | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

**RICHARD SCHMIDT, LITIGATION TRUSTEE'S WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| **Main Case No**: 15-34287 | **Name of Debtor**: Platinum Partners Value Arbitrage Fund LP , Platinum Partners Credit Opportunities Master Fund LP, Platinum Partners Liquid Opportunities Master Fund LP , PPVA Black Elk (Equity) LLC |
| **Adversary No**: 16-03237 | **Style of Adversary:** Schmidt v. Platinum Partners Value Arbitrage Fund LP et al |
| | |

| | |
|---|---|
| **Witnesses**:<br>• Judge Richard Schmidt<br>• Craig Smyser<br>**Adverse witnesses**:<br>• Bart Schwartz<br>**By deposition**:<br>• Joe Bruno<br>• Arthur Garza<br>• John Hoffman<br>• David Levy<br>• Mark Nordlicht<br>• Samuel Salfati<br>• Joseph SanFilippo<br>• Bart Schwartz<br>• Jeffrey Shulse<br>• Zach Weiner<br>• Harvey Werblowsky | |
| | **Judge:** Judge Marvin Isgur |
| | **Courtroom Deputy:**  Jesus Guajardo |
| | **Hearing Date**: January 26, 2017 |
| | **Hearing Time:** 9:30 a.m. |
| | **Party's Name**: Richard Schmidt, Litigation Trustee |
| | **Attorney's Name**: Craig Smyser |
| | **Attorney's Phone:** 713-221-2330 |
| | **Nature of Proceeding**: Preliminary Injunction hearing |
| | |
| | |

## EXHIBIT LIST

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| | **Exhibit numbers are not consecutive because we are keeping our trial exhibit numbering for trial** | | | | |
| 1. | 07/16/14 Offer to Purchase and Consent Solicitation Statement | | | | |
| 2. | 06/26/14 Email from J. Hoffman to M. Piche, M. Maloney, J. Bradford, and G. Rachlin re Black Elk and Platinum | | | | |
| 3. | 12/31/13 Black Elk Energy Offshore Operations, LLC Form 10-K | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 4. | 06/01/16 J. Hoffman deposition testimony excerpts | | | | |
| 5. | 07/22/14 Email from J. Shulse to D. Small re notes to david regarding equity deal [PPVA_0002600-2604; Confidential] | | | | |
| 6. | 09/30/14 Black Elk Energy Offshore Operations, LLC Form 10-Q | | | | |
| 7. | 07/10/14 Purchase and Sale Agreement by and between Black Elk Energy Offshore Operations, LLC as Seller and Renaissance Offshore, LLC as Purchaser | | | | |
| 8. | 08/15/14 Closing statement [Shulse Ex. 12; redacted for filing] | | | | |
| 9. | 12/31/14 Black Elk Energy Offshore Operations, LLC Class E Unit PIK Testing Summary [BDO-BE 000008-000011; Confidential] | | | | |
| 10. | 06/05/15 Letter from R. Roth to S. McKessey re Form TCR1426092373408 [redacted for filing] | | | | |
| 11. | 02/06/14 Email from M. Nordlicht to J. Hoffman, M. Piche re Atty client privilege | | | | |
| 12. | 03/03/14 Email from M. Nordlicht to J. Shulse (cc: D. Small, M. Piche, J. Hoffman, D. Levy) re Confidential – Attorney Client privilege | | | | |
| 13. | 03/03/14 Email from M. Nordlicht to D. Small (cc: J. Shulse, M. Piche, J. Hoffman, D. Levy) re Confidential – Attorney Client privilege | | | | |
| 14. | 07/17/17 Email from J. Shulse to B. Boudreaux re Confirmation | | | | |
| 15. | 08/08/14 Platinum Partners Value Arbitrage Fund L.P. Officer's Certificate | | | | |
| 16. | 08/19/14 Black Elk Energy Offshore Operations, LLC and Black Elk Energy Finance Corp. as Issuers, Black Elk Energy Land Operations, LLC as Guarantor, Second Supplemental Indenture [PPVA_0005959-5990; Confidential] | | | | |
| 17. | 09/29/16 *Bankers Conseco Life Insurance Company and Washington National Life Insurance Company v. Moshe M. Feuer, Scott Taylor and David Levy,* Complaint and Demand for Trial by Jury in the SDNY | | | | |
| 18. | 07/13/14 Email from J. Hoffman to D. Levy (cc: M. Nordlicht) | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 19. | 11/25/14 Email from D. Small to J. Shulse re Black Elk Modification Agreement | | | | |
| 20. | 05/03/13 Securities Purchase and Put Agreement among New Mountain Finance Holdings, LLC, PPVA Black Elk (Equity) LLC, Platinum Partners Value Arbitrage Fund, L.P. and Chardan Capital Markets LLC [redacted for filing] | | | | |
| 21. | 01/07/15 draft Note Purchase Agreement [PPVA_0010430-10468; Confidential] | | | | |
| 22. | 11/25/14 Email from D. Small to J. Shulse (cc: D. Levy) re Modification Agreement Holder Information, attaches BEEOO Holders Holdings spreadsheet | | | | |
| 23. | 02/20/14 Loan Purchase and Sale Agreement by and between White Elk LLC, as Administrative Agent and PPVA Black Elk (Equity) LLC and Resources Value Group LLC (each a Seller) and B Asset Manager LP | | | | |
| 24. | 02/20/14 Omnibus Assignment and Assumption of Loans, Loan Documents and Related Liens and Security Interests and Appointment of Agent among White Elk, B Asset Manager LP and Black Elk Energy Offshore Operations, LLC | | | | |
| 25. | 02/20/14 Note for $16,593,445 | | | | |
| 26. | 02/20/14 Note for $448,278 | | | | |
| 27. | Bloomberg Company Overview of Platinum Management (NY) LLC | | | | |
| 28. | 08/13/14 BNY Mellon Chart | | | | |
| 29. | 04/13/16 Article, "The top-performing hedge fund manager that's too hot for big money to handle" | | | | |
| 30. | 05/16/14 Email from D. Small to J. Shulse and D. Levy re Black Elk [redacted for filing] | | | | |
| 31. | 07/09/14 Memo from J. Hoffman to Black Elk Energy Employees re Revocation of Delegation of Authority [Hoffman Depo. Ex. 4] | | | | |
| 32. | 07/09/14 Email from M. Nordlicht to J. Hoffman [PPVA_0001941-1942; Confidential] | | | | |
| 33. | 07/14/14 Email from J. Hoffman to M. Piche and J. Wisdom | | | | |

4

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 34. | 06/27/14 Email from J. Hoffman to M. Nordlicht | | | | |
| 35. | 07/02/14 Email from A. Garza to M. Nordlicht and C. Cole (cc: J. Hoffman, J. Shulse, M. Patterson, L. Combs, K. Hubbard, J. Bruno, G. Tappin, M. Piche) re Lafitte Energy & Renaissance Divestment | | | | |
| 36. | 07/16/14 Black Elk Energy Offshore Operations, LLC Form 8-K | | | | |
| 37. | 08/12/14 Email from D. Small to D. Levy (cc: J. Shulse) re BP/BAM releases; attaches draft consent for Renaissance | | | | |
| 38. | 08/13/14 Letter from D. Levy to BP Energy Company re Consent to sale by Borrower of certain oil and gas properties to Renaissance Offshore, LLC [PPVA_0003171-3172; Confidential] | | | | |
| 39. | 08/14/14 Press Releases: Black Elk Energy Announces Expiration of Tender Offer to Purchase its 13.75% Senior Secured Notes Due 2015 | | | | |
| 40. | 08/15/14 Black Elk Energy Offshore Operations, LLC Form 8-K | | | | |
| 41. | 08/29/14 Amegy Bank statement [redacted for filing] | | | | |
| 42. | 08/18/14 Email from M. Nordlicht to D. Levy (cc: D. Small) re notes to david regarding equity deal [PPVA_0003242-3243; Confidential] | | | | |
| 43. | 05/20/14 Email from M. Nordlicht to D. Small (c: D. Levy) re oil check [PPVA_0001170; Confidential] | | | | |
| 44. | 05/24/16 J. Shulse Sworn statement excerpts | | | | |
| 45. | 08/27/14 Email from J. Shulse to D. Small re Follow up to our meeting [PPVA_0003281-3282; Confidential] | | | | |
| 46. | 09/30/15 Black Elk Energy Offshore Operations, LLC Statement of Financial Affairs | | | | |
| 47. | 09/19/14 Black Elk Energy Offshore Operations, LLC Form 8-K/A | | | | |
| 48. | 08/18/14 Email from J. Shulse to S. Itiowe re Wire is not approved | | | | |
| 49. | 08/18/14 Email from J. Shulse to S. Itiowe re Wires | | | | |
| 50. | 08/20/14 Email from K. Hubbard to J. Hoffman, M. Patterson re Series E as of August 18 [redacted for filing] | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 51. | 07/21/14 Email from K. Somma and M. Maloney to J. Hoffman, S. Small, K. Hubbard (cc: M. Maloney, J. Bradford) re Black Elk Energy | | | | |
| 52. | 08/19/14 Email from J. Shulse to S. Itiowe re Board approval to pay the Bond tender | | | | |
| 53. | 06/01/15 Letter from C. Bruno to J. Latkin re Resignation | | | | |
| 54. | 05/27/14 Letter from J. Hoffman to L. Dardis re Confidential offer to purchase Northstar GOM Assets [Hoffman Depo. Ex. 2] | | | | |
| 55. | 06/25/14 Email from M. Piche to J. Hoffman re new entities | | | | |
| 56. | 06/05/14 Email from D. Levy to J. Hoffman re potential financing | | | | |
| 57. | 06/27/14 Email from D. Levy to J. Hoffman re withdrawal of Interest letters | | | | |
| 58. | 06/27/14 Email from M. Nordlicht to J. Shulse (cc: D. Small, D. Levy, L. Sellers) re Renaissance update | | | | |
| 59. | 01/09/15 Purchase and Sale Agreement by and between Black Elk Energy Offshore Operations, LLC and Northstar Offshore Group, LLC | | | | |
| 60. | 12/19/14 Email from D. Small to K. Schott, B. Macmillan (cc: D. Levy, S. Salfati) re tax structure | | | | |
| 61. | 01/28/15 Email from D. Small to D. Mandelbaum, N. Manela (cc: D. Levy, J. SanFilippo, J. Kramer-Eisenbud, T. Rogers, E. Bertram, Z. Weiner) re PPCO PPLO January statements [PPVA_0010620-10621; Confidential] | | | | |
| 62. | 01/00/15 Exchange Agreement [PPVA_0009707-9716; Confidential] | | | | |
| 63. | 03/31/15 Letter from J. Shulse to G. Roberts re Notice to remove signature of Jeffrey Shulse from all documents related to the Black Elk Energy Offshore Operations, LLC sale of assets to Northstar Offshore Group, LLC | | | | |
| 64. | 05/05/15 Purchase and Sale Agreement by and between TKN Petroleum Holdings, LLC and TKN Petroleum Offshore, LLC signed by Z. Weiner and S. Salfati [TKN 0000444-531; Confidential] | | | | |
| 65. | 09/16/13 Put Agreement between Platinum Partners Value Arbitrage Fund LP and Resource Value Group LLC signed by D. Small | | | | |

6

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 66. | Capital One statements showing wire transfers [redacted for filing] [CONA 001199-1208; Confidential] | | | | |
| 67. | 01/07/14 Email from M. Nordlicht to J. Hoffman (cc: D. Small and D. Levy) | | | | |
| 68. | 01/01/11 Platinum Partners Value Arbitrage Schedule 13D | | | | |
| 69. | 05/18/11 Form 4 | | | | |
| 70. | Presentation: Platinum Partners Value Arbitrage Fund LP  E&P Ventures [Confidential] | | | | |
| 71. | 02/04/14 Email from M. Nordlicht to J. Hoffman, J. Shulse, D. Small, D. Levy and D. Ottensoser re strategy going forward | | | | |
| 72. | 06/07/16 *United States of America v. Norman Seabrook and Murray Huberfeld* Complaint | | | | |
| 73. | 2016 *United States of America v. Norman Seabrook and Murray Huberfeld* Indictment | | | | |
| 74. | 09/17/16 Wall Street Journal article, "Advisor with Ties to Hedge Fund Platinum put Client Funds in it" | | | | |
| 75. | 07/14/14 Unanimous Written Consent of the Managers of Black Elk Energy Offshore Operations, LLC signed by D. Small | | | | |
| 76. | 08/29/14 Amegy Bank statement showing wires out [redacted for filing] | | | | |
| 77. | 06/03/14 Email from D. Ottensoser to M. Piche (cc: D. Levy) re Black Elk transfer | | | | |
| 78. | 08/05/14 Email from D. Small to J. Shulse (cc: J. SanFilippo, D. Levy, D. Ottensoser) re PIK | | | | |
| 79. | 07/15/14 Fourth Amendment to the Securities Purchase and Put Agreement | | | | |
| 80. | 10/13/14 Email from J. Shulse to D. Small re Did he just put that in writing? | | | | |
| 81. | 02/06/15 Black Elk Energy Offshore Operations, LLC Board of Directors Meeting | | | | |
| 82. | 06/30/14 Email from J. Boylan to J. Shulse (cc: E. Feighl) re Black Elk | | | | |
| 83. | 07/09/14 Email from J. Boylan to J. Shulse (cc: E. Feighl) re Black Elk | | | | |
| 84. | 08/07/14 Email from J. Boylan to J. Shulse (cc: E. Feighl) re Black Elk future operations | | | | |

7

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 85. | 02/10/15 Email from S. Fuerst to D. Small (cc: J. Shulse, S. Salfati, D. Levy) re Board meeting | | | | |
| 86. | 03/12/15 Email from J. Boylan to J. Shulse (cc: J. Boylan) re EJC Ventures Consulting Agreement Invoice [redacted for filing] | | | | |
| 87. | 05/23/14 Second Amendment to the Securities Purchase and Put Agreement | | | | |
| 88. | 12/31/14 Purchase and Sale Agreement by and between Black Elk Energy Offshore Operations, LLC and TKN Petroleum Holdings, LLC and Medius Energy, LLC  [Bruno Depo. Ex. 10] | | | | |
| 89. | 07/21/15 Email from Z. Weiner to J. Latkin (cc: D. Levy) re BDO's request for breakdown of Renaissance transaction | | | | |
| 90. | 11/23/10 Indenture | | | | |
| 91. | 05/31/11 First Supplemental Indenture | | | | |
| 92. | 11/23/10 Security Agreement made by Black Elk Offshore Operations, LLC, Black Elk Energy Finance Corp., Black Elk Energy Land Operations, LLC and The Other Grantors Party Thereto [redacted for filing] | | | | |
| 93. | 04/09/13 Fifth Amendment to Second Amended and Restated Operating Agreement of Black Elk Energy Offshore Operations, LLC | | | | |
| 94. | 02/12/13 Black Elk Energy Offshore Operations, LLC Form 8-K | | | | |
| 95. | 02/14/13 Black Elk Energy Offshore Operations, LLC Form 8-K | | | | |
| 96. | 01/25/13 Third Amendment to Second Amended and restated Operating Agreement of Black Elk Energy Offshore Operations, LLC | | | | |
| 97. | 05/03/13 Sixth Amendment to Second Amended and Restated Operating Agreement of Black Elk Offshore Operations, LLC | | | | |
| 98. | 07/13/09 Second Amended and Restated Limited Liability Company Operating Agreement of Black Elk Energy Offshore Operations, LLC [redacted for filing] | | | | |
| 99. | 09/15/14 Black Elk Energy Offshore Operations, LLC Form 8-K | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 100. | 07/03/14 Email from G. Tappin to J. Shulse re Outstanding invoices, need help | | | | |
| 101. | 07/16/14 Email from J. Shulse to D. Small, D. Levy re Asset sale and debt transfer | | | | |
| 102. | 10/21/15 Bloomberg, Faux article, "No Blow up is big Enough to Tarnish Platinum Partners' Returns" | | | | |
| 103. | 10/19/16 Wall Street Journal, Copeland and Rizzo article, "Platinum Partners' Flagship Hedge Fund files for Bankruptcy" | | | | |
| 104. | 06/08/16 Department of Justice Release: "Norman Seabrook, President of Correction Officers' Benevolent Association, arrested for demanding and accepting bribes in exchange for investing Union money in New York-based Hedge Fund" and "Murray Huberfeld, founder of Manhattan-Based Hedge Fund, also charged for paying off Seabrook to Invest in Fund" | | | | |
| 105. | 06/08/16 Reuters, Delevinge article, "Platinum Partners raided by Federal agents amid dual investigations" | | | | |
| 106. | 07/25/16 Wall Street Journal, Copeland article, "Fraud Probe Richochets through Platinum Partners, a Hedge Fund with Ties to Jewish Community" | | | | |
| 107. | 07/20/16 Reuters, Delevinge article, "Platinum Partners to liquidate two main funds amid Government probes" | | | | |
| 108. | 06/15/16 *New Mountain Finance Corporation v. Platinum Partners Value Arbitrage Fund, L.P.* hearing excerpt | | | | |
| 109. | 06/14/16 Wall Street Journal, Copeland and O'Brien article, "Platinum Partners Plans to Unwind Main Hedge Fund Amid Kickback probe" | | | | |
| 110. | 07/22/16 Parris Investments Limited Petition in the Matter of the Platinum Partners Value Arbitrage Fund (International) Ltd. in the Grand Court of the Cayman Islands, No. 16-12925, Document 2-1 | | | | |
| 111. | 08/23/16 Winding Up Petition in the Matter of the Platinum Partners Value Arbitrage Fund (International) Ltd. in the Grand Court of the Cayman Islands, No. 16-12925, Document 2-1 | | | | |

619356.3

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 112. | 08/23/16 Winding Up Order in the Matter of the Platinum Partners Value Arbitrage Fund (International) Ltd. in the Grand Court of the Cayman Islands, No. 16-12925, Document 2-1 | | | | |
| 113. | 08/29/16 Order in the Matter of the Platinum Partners Value Arbitrage Fund (International) Ltd. in the Grand Court of the Cayman Islands, No. 16-12925, Document 2-1 | | | | |
| 114. | 10/18/16 Chapter 15 Petition for Recognition of a Foreign Processing, with attached United States Bankruptcy Court for the Southern District of New York Verified Petition filing | | | | |
| 115. | 08/11/16 Bloomberg, Faux article, "Platinum's California Oil Fields said to be subject of Probe" | | | | |
| 116. | 10/07/16 Wall Street Journal, Copeland article, "Hedge Fund Platinum Partners to Pay Back Fraction of what Firm Owes" | | | | |
| 117. | 08/24/16 Reuters, Delevinge article, "Appointment of Cayman Liquidator adds pressure on Platinum Partners" | | | | |
| 118. | 11/25/14 Modification Agreement [Shulse Depo. Ex. 14] | | | | |
| 119. | Business Organization Code, Section 101.206 | | | | |
| 127. | 3/04/14 Email from M. Nordlicht to J. Shulse (cc: J. Hoffman, D. Small, D. Levy) re transaction | | | | |
| 128. | 3/11/14 Email from J. Shulse to D. Small (cc: M. Nordlicht, D. Levy, J. Hoffman, K, Lau) re call tomorrow morning | | | | |
| 129. | 3/11/14 Email from J. Shulse to M. Nordlicht (cc: D. Small, D. Levy, J. Hoffman) re call tomorrow morning | | | | |
| 130. | 3/13/14 Email from M. Nordlicht to J. Shulse and D. Small (cc: D. Levy and J. Hoffman) re Solving the Trustee issue | | | | |
| 138. | 3/11/14 Email from J. Hoffman to M. Nordlicht, J. Shulse, S. Small and D. Levy re no problem renaming the company | | | | |
| 150. | 5/29/14 Email from M. Nordlicht to D. Small, J. Hoffman, D. Levy and J. Shulse (S. Salfati) re update | | | | |
| 159. | 7/14/14 Email from D. Small to R. Shearer and B. Sakowitz (cc: J. Hoffman, M. Piche, J. Shulse) re Black Elk - revised consent form | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 166. | 3/11/14 Email from M. Nordlicht to J. Shulse, J. Hoffman, D. Small, D. Levy re friendlies buy bonds as of tomorrow | | | | |
| 167. | 3/12/14 Email from H. Tate to J. Shulse re update | | | | |
| 172. | 6/05/14 Email from M. Tran to S. Salfati (cc: J. Hoffman and J. Shulse) re post Renaissance debt equity analysis | | | | |
| 173. | 8/14/14 Email from D. Small to L. Sellers (cc: D. Levy, J. Shulse, M. Nordlicht, M. Maloney, J. Bradford, S. Salfati) re Renaissance closing - Board of Managers Certificate | | | | |
| 174. | 8/20/14 Email from S. Salfati to J. Shulse and D. Small (cc: J. Hoffman) re signed unanimous consent of BEEFC Officer Appointment | | | | |
| 176. | 8/21/14 Email from S. Salfati to J. Shulse (cc: D. Small) re Signed written consent of BEEOO supplemental indenture and purchase of notes | | | | |
| 177. | 8/21/14 Email from D. Small to S. Fuerst and J. Shulse re written consent of BEEOO (Supplemental Indenture and Purchase of Notes) | | | | |
| 181. | 8/18/14 Email from J. Shulse to M. Nordlicht, D. Small, D. Levy and S. Salfati re statute section 101.206 prohibited distributions to members | | | | |
| 182. | 8/18/14 Email from J. Shulse to R. Shearer re new manager | | | | |
| 189. | 4/03/15 Memo from S. Fuerst to full Board of Black Elk Energy Offshore Operations, LLC, D. Small, S. Salfati and S. Silver re Opinion letter to the Trustee regarding the Proposed Northstar Offshore | | | | |
| 196. | Draft email attaching various emails, some contain handwritten notes | | | | |
| 198. | 05/14/16 Shulse Calendar invite re Wire Transfer plan meeting to D. Small, D. Levy, S. Salfati, S. Itiowe, D. Fuerst, M. Nordlicht | | | | |
| 200. | 02/06/14 Email from M. Nordlicht to J. Shulse (cc: M. Piche, D. Small, D. Levy, J. Hoffman, J. Matthews) re Response - Black Elk Demand letter | | | | |
| 204. | 03/07/14 Email from M. Nordlicht to J. Shulse, D. Levy, J. Hoffman (cc: D. Small, M. Piche) re Black Elk - Notice of Default | | | | |
| 205. | 03/09/14 Email from M. Nordlicht to M. Piche, J. Shulse (cc: D. Small, D. Levy and J. Hoffman) re current position | | | | |

11

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 206. | 03/09/14 Email from M. Nordlicht to J. Shulse re key number is friendlies getting to 50 | | | | |
| 207. | 03/09/14 Email from J. Shulse to M. Nordlicht re Fieldwood | | | | |
| 208. | 03/09/14 Email from J. Shulse to D. Levy re follow up to last night | | | | |
| 209. | 03/11/14 Email from M. Nordlicht to J. Shulse, D. Small, D. Levy and J. Hoffman re call tomorrow morning | | | | |
| 218. | 07/06/14 Email from J. Shulse to J. Hoffman (cc: M. Nordlicht, D. Small and D. Levy) re so many deals going on | | | | |
| 224. | 07/29/14 Email from J. Hoffman to M. Nordlicht re vendor issues | | | | |
| 225. | 07/29/14 Email from K. Hubbard to D. Small, D. Levy, S. Salfati, J. Hoffman, L. Combs, A. Garza, J. Bruno, G. Tappin, M. Patterson, M. Nordlicht, J. Shulse re vendor issues | | | | |
| 230. | 08/18/14 Email from M. Nordlicht to J. Shulse (cc: D. Small, S. Salfati, D. Levy) re Wire is NOT approved | | | | |
| 235. | 09/21/14 Email from D. Small to J. Shulse (cc: M. Nordlicht, D. Levy, S. Salfati, D. Steinberg) re Agenda for meeting in Houston | | | | |
| 240. | 10/23/14 Email from D. Levy to J. Shulse (cc: D. Small) re Legal invoices | | | | |
| 245. | 01/28/15 Email from S. Salfati to J. Shulse and D. Small re Northstar Medius Board resolutions | | | | |
| 247. | 01/29/15 Email from J. Shulse to Z. Weiner and S. Salfati re Beechwood releases | | | | |
| 253. | 02/10/15 Email from J. Shulse to E. Clark, R. Martinez, J. Matthews, A. Burgess (cc: R. Shearer, S. Fuerst, M. Peetz) re Black Elk Medius transaction | | | | |
| 254. | 02/13/15 Email from H. McVay to S. Itiowe (cc: J. Shulse) re Shulse bonus retention payment | | | | |
| 255. | 02/13/15 Email from J. Shulse to H. McVay re Shulse Bonus retention payment | | | | |
| 263. | 05/11/15 Email from S. Fuerst to J. Latkin (cc: Z. Weiner, S. Salfati) re TKN documents | | | | |
| 268. | 3/05/14 Email from M. Nordlicht to J. Shulse (cc: D. Small, D. Levy, J. Hoffman, M. Piche) re  friendly holders | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 269. | 3/07/14 Email from J. Shulse to M. Nordlicht, D. Small, D. Levy, J. Hoffman (cc: M. Piche) re Asset sale disclosure material | | | | |
| 276. | 3/08/14 Email from J. Shulse to M. Nordlicht, D. Small, D. Levy, J. Hoffman (cc: M. Piche) re agree to bondholders' proposed disclosure requirements or default notice stands | | | | |
| 277. | 01/23/14 Email from M. Nordlicht to J. Hoffman and J. Shulse (cc: D. Small, D. Levy) re three scenarios | | | | |
| 278. | 3/08/14 Email from J. Shulse to M. Nordlicht re playing with fire | | | | |
| 279. | 3/12/14 Email from A. Garza to J. Hoffman and M. Nordlicht (cc: D. Small, D. Levy, J. Shulse and J. Matthews) re plan with Vistar | | | | |
| 291. | 5/14/14 Email from D. Small to J. Hoffman (cc: M. Nordlicht, D. Levy, S. Salfati and J. Shulse) re production | | | | |
| 294. | 5/14/14 Email from J. Hoffman to D. Small (cc: M. Nordlicht, D. Levy, S. Salfati, J. Shulse) re accuracy of production numbers | | | | |
| 300. | 02/04/14 Email from J. Shulse to J. Hoffman, M. Nordlicht, D. Levy and D. Small re thoughts for Bond Holder call | | | | |
| 308. | 6/02/14 Email from J. Hoffman to M. Nordlicht, S. Salfati, D. Small and D. Levy re Northstar acquisition reserves and cash flows | | | | |
| 309. | 6/02/14 Email from S. Salfati to J. Shulse (cc: M. Nordlicht, D. Saks, D. Small, and D. Levy) re BEE post sale data | | | | |
| 320. | 6/20/14 Email from M. Nordlicht to J. Hoffman (cc: D. Levy, D. Small, S. Salfati) re NOG Excalibur summary updated | | | | |
| 321. | 7/29/14 Email from K. Hubbard to D. Small, D. Levy, S. Salfati, J. Hoffman, L. Combs, A. Garza, J. Bruno, G. Tappin and M. Patterson re vendor issues | | | | |
| 322. | 8/08/14 Email from K. Hubbard to S. Itiowe, S. Fuerst, J. Shulse, J. Hoffman, D. Small, S. Salfati re AP wire payments today | | | | |
| 329. | 8/14/14 Email from M. Maloney to L. Sellers, J. Shulse, D. Small, J. Hoffman, S. Salfati (cc: J. Bradford, S. Fuerst) re ROS markup of Seller Authorization | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 336. | 8/18/14 Email from D. Small to J Shulse re: Wire (cc: S. Salfati) | | | | |
| 337. | 8/18/14 Calendar Invite by J. Shulse re: Wire Transfer plan (attendees: D. Small, D. Levy, S. Salfati, S. Itiowe, S. Fuerst, M. Nordlicht) | | | | |
| 339. | 8/19/14 Email from J. Shulse to D. Small and S. Salfati re written consent of BEEOO (Supplemental Indenture and Purchase of Notes) | | | | |
| 349. | 03/03/14 Email from M. Nordlicht to D. Small (cc: J. Shulse, M. Piche, J. Hoffman and D. Levy) re friendly buying 20 million | | | | |
| 351. | 8/21/14 Email from E. Helfgott to R. Shearer, J. Shulse re: BEEOO Member Meeting (cc: S. Salfati, D. Small) | | | | |
| 355. | 9/04/14 Email from M. Nordlicht to D. Small (cc: J. Shulse, D. Levy and S. Salfati) re breakdown of the cash from bonds | | | | |
| 358. | 9/04/14 Email from J. Shulse to M. Nordlicht, D. Small (cc: D. Levy, S. Salfati) re: Renaissance Sold Properties - Bonding and Escrow Schedule | | | | |
| 359. | 6/18/15 Email from J. Latkin to H. Werblowsky  (cc: M. Nordlicht, D. Levy) Fwd: Black Elk legal discussion | | | | |
| 361. | 6/03/14 Email from  M. Nordlicht to J. Shulse (cc: D. Small, D. Levy) re: Revised Second Supplemental Indenture | | | | |
| 362. | 6/03/14 Email from  M. Nordlicht to J. Shulse  (cc: D. Small, D. Levy) re: Revised Second Supplemental Indenture | | | | |
| 363. | 6/03/14 Email from  M. Nordlicht to J. Shulse (cc: D. Small, D. Levy, D. Ottensoser) re: Revised Second Supplemental Indenture | | | | |
| 364. | 6/03/14 Email from J. Shulse to M. Nordlicht (cc: D. Small, D. Levy) re: Revised Second Supplemental Indenture | | | | |
| 365. | 7/03/14 Email from B. Sakowitz to D. Small (cc: R. Shearer, J. Shulse) re: Supplemental Indenture / Consent Solicitation | | | | |
| 366. | 7/15/14 Email from J.  Shulse to M. Piche, J. Hoffman FW: Unanimous Written Consents of BEEOO, BEEFC and BEELO | | | | |
| 367. | 2/02/15 Email from R. Shearer to J. Shulse, S. Fuerst re: Black Elk/Northstar Transaction | | | | |

14

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 369. | 2/19/15 Email from S. Fuerst to J. Shulse re: Attorney client privilege | | | | |
| 370. | 2/19/15 Email from D. Levy to S. Fuerst (cc: J. Shulse, D. Small, M. Nordlicht) re: Attorney Client Privilege | | | | |
| 371. | 2/25/15 Email from J. Shulse to D. Small (cc: S. Fuerst) re: Attorney Client Privilege | | | | |
| 373. | 4/07/15 Email from S. Fuerst to J. Shulse re Jeff letter to withdraw signature | | | | |
| 375. | 04/08/15 Email from FWSHOUcopier@blackelkenergy.com to J. Shulse re attaching Enven Original Petition | | | | |
| 388. | Mark Nordlicht LinkedIn profile | | | | |
| 389. | Shmuel Salviati (Samuel Salfati) LinkedIn profile | | | | |
| 390. | David Levy LinkedIn profile | | | | |
| 393. | 03/03/14 Email from J. Shulse to M. Nordlicht  (cc: D. Small, M. Piche, J. Hoffman, D. Levy) re: Confidential - Attorney Client Privilege | | | | |
| 406. | 05/31/14 Email from J. Shulse to D. Small, D. Levy Fwd: Second Amendment will drop the S-1 requirement | | | | |
| 409. | 06/02/14 Email from M. Nordlicht to J. Shulse (cc: D. Small, D. Levy) re: Revised Second Supplemental Indenture | | | | |
| 410. | 06/03/14 Email from J. Shulse to M. Nordlicht (cc: D. Small, D. Levy) re: Revised Second Supplemental Indenture | | | | |
| 412. | 06/03/14 Email from J. Shulse to M. Nordlicht (cc: D. Small, D. Levy) re: Revised Second Supplemental Indenture | | | | |
| 413. | 06/03/14 Email from J. Shulse to M. Nordlicht (cc: D. Small, D. Levy) re: Revised Second Supplemental Indenture | | | | |
| 417. | 06/03/14 Email from  M. Nordlicht to J. Shulse (cc: D. Small, D. Levy) re: Revised Second Supplemental Indenture | | | | |
| 418. | 03/08/14 Email from J. Shulse to M. Nordlicht, D. Levy, D. Small, J. Hoffman (cc: M. Piche) re: Attorney Client Privilege | | | | |
| 422. | 06/04/14 Email from J. Shulse to R. Shearer, M. Piche (cc: B. Sakowitz) re: Draft of Consent Solicitation Statement | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 436. | 07/07/14 Email from J. Shulse to D. Small re: Black Elk - Offer to Purchase and Consent Solicitation Statement | | | | |
| 464. | 07/16/14 Email from J. Shulse to M. Nordlicht, D. Small, D. Levy FW: Final Consent Form and Offer to Purchase and Consent Solicitation Statement | | | | |
| 473. | 08/14/14 Email from D. Small to R. Shearer (cc: J. Shulse) re Officer's Certificate | | | | |
| 474. | 10/01/14 Email from D. Small to J. Shulse (cc: M. Nordlicht, D. Levy) re: Good News / Bad News on Bonds | | | | |
| 480. | 01/31/14 Email from J. Shulse to D. Levy, D. Small, M. Nordlicht re: 20 day Cash projections | | | | |
| 482. | 09/18/14 Deposition of Arthur Garza in *Vistar Oil Texas LLC v Black Elk Energy Offshore Operations, LLC* | | | | |
| 485. | 06/01/16 Examination of John Hoffman | | | | |
| 492. | 06/27/14 Exhibit 7 to 06/01/16 Examination of John Hoffman  (Email M. Nordlicht to J. Hoffman re: RE; cc: D. Levy, D. Small, J. Shulse) [PPVA_0001403-04; Confidential] | | | | |
| 498. | 08/11/14Deposition of J. Shulse in *Vistar Oil Texas LLC v Black Elk Energy Offshore Operations, LLC* | | | | |
| 499. | 05/24/16 Deposition of Jeffrey Shulse | | | | |
| 504. | 01/23/14 Exhibit 5 to 05/24/16 Deposition of Jeffrey Shulse (Email from J. Hoffman to M. Nordlicht, J. Shulse RE: ; cc: D. Small, D. Levy) | | | | |
| 505. | 03/07/14 Exhibit 6 to 05/24/16 Deposition of Jeffrey Shulse (Email from M. Nordlicht to J. Shulse re: atty client privilege; cc:  D. Ottensoser) | | | | |
| 507. | 05/20/14 Exhibit 8 to 05/24/16 Deposition of Jeffrey Shulse (Email from J. Shulse to M. Nordlicht, D. Small, D. Levy re: atty client privilege; cc: J. Hoffman, M. Piche) | | | | |
| 510. | 07/21/14 Exhibit 11 to 05/24/16 Deposition of Jeffrey Shulse (Email from K. Somma to M. Piche, J. Shulse re: Black Elk Energy; CC: M. Maloney, J. Bradford) | | | | |
| 515. | 08/20/14 Exhibit 16 to 05/24/16 Deposition of Jeffrey Shulse (Email from J. Shulse to J. Shulse FW: Series E as of August 18) | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 518. | 03/31/15 Exhibit 19 to 05/24/16 Deposition of Jeffrey Shulse (Letter from J. Shulse to S. Glynn Roberts / Northstar re: Notice to remove the signature of Jeffrey Shulse from all documents related to BEEOO sale of assets to Northstar) | | | | |
| 524. | Exhibit 25 to 05/24/16 Deposition of Jeffrey Shulse (Business Account Application for TKN Petroleum Holdings) | | | | |
| 526. | 10/12/15 Deposition of Zach Weiner | | | | |
| 534. | 05/03/15 Exhibit  8 to 10/12/15 Deposition of Zach Weiner (Email from M. Nordlicht to D. Levy) [TKN 0000030; Confidential] | | | | |
| 538. | 05/10/15 Exhibit 12 to 10/12/15 Deposition of Zach Weiner (Email from M. Nordlicht to D. Levy re: RE:) [TKN 0002255; Confidential] | | | | |
| 547. | 05/06/15 Exhibit 21 to 10/12/15 Deposition of Zach Weiner (Email from J. Betz to D. Levy re: Texas Capital Bank)   [TKN 0004895; Confidential] | | | | |
| 548. | 06/09/14 Email from A. Northwood to D. Levy re: Houston to-do [PPVA_0001212-16] | | | | |
| 553. | 01/27/15 Email from Z. Weiner to cthomas@beechwood.com re: BEE/NSTAR Transfer (cc: D. Small, D. Levy) [PPVA_0010378-468] | | | | |
| 556. | 02/19/14 Email from E. Helfgott to D. Levy and D. Ottensoser re: Purchase of Black Elk Notes (cc: E. Stern, Jeff Shulse, S. Adler, Marc Press) | | | | |
| 559. | 02/27/14 Email from J. Shulse to M. Nordlicht re: Comparison Analysis - Fieldwood Transaction v. Renaissance (SS198 only) Transaction (cc: David Small, David Levy) | | | | |
| 560. | 03/03/14 Email from D. Levy to J. Shulse re: Beechwood interest payment | | | | |
| 561. | 03/03/14 Email from David Levy to Jeff Shulse re: beechwood invoices | | | | |
| 562. | 03/03/14 Email from D. Levy to J. Shulse re discussing beechwood invoices | | | | |
| 563. | 03/03/14 Email from J. Shulse to D. Levy RE: discussing beechwood interest payment | | | | |
| 564. | 03/24/14 Email from David Levy to Jeff Shulse re: Platinum tax call with KPMG | | | | |
| 565. | 05/20/14 Email from M. Nordlicht to J. Hoffman re: W&T Bid (cc: D. Small) | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 577. | 06/30/14 Email from J. Shulse to D. Levy FW: Finalizing equity deal | | | | |
| 594. | 11/04/14 Email from D. Levy to N. Manela re: Understanding Northstar (cc: S. Salfati, E. Rakower, D. Small, D. Saks, J. SanFilippo) [PPVA_0004391-400; Confidential] | | | | |
| 597. | 01/02/15 Email from David Levy to Daniel Small Fwd: Northstar preferred assumed by 70 million in black ' [PPVA_0008536; Confidential] | | | | |
| 600. | 03/02/15 Email from M. Weng to Jeff Shulse re: Black Elk / TKN Transaction opinion | | | | |
| 610. | 02/00/15 Unanimous Written Consent of the Managers of Black Elk Energy Offshore Operations, LLC | | | | |
| 619. | 02/05/14 Email from M. Nordlicht to J. Shulse, J. Hoffman, D. Small and D. Levy re conference with per petro | | | | |
| 621. | 02/02/14 Email from J. Shulse to M. Nordlicht (cc: D. Levy, D. Small) re We should have an update call | | | | |
| 633. | 06/22/14 Email from J. Shulse to D. Small (cc: M. Nordlicht, D. Levy, J. Hoffman) re BEE sale to ROS - PSA draft dated 6-18-14 | | | | |
| 656. | 08/26/15 Email from S. Silver to S. Fuerst, J. Latkin, S. Salfati re director fees | | | | |
| 657. | 10/26/16 Original Complaint, *Schmidt v. Platinum Partners Value Arbitrage Fund LP, et al* | | | | |
| 658. | 11/03/16 Original Petition and Request for Disclosure, *Schmidt v. Mark Nordlicht, et al* | | | | |
| 659. | Platinum Partners Organizational charts | | | | |
| 661. | 08/29/14 Capital One Account Summary for Platinum Partners [PPCO & PPLO 000375-380; Highly Confidential – Attorney's Eyes Only] | | | | |
| 667. | 03/31/16 Valuation of Equity Investment in ALS Capital Ventures | | | | |
| 668. | 03/31/16 Valuation of Katrina Barge Litigation Joint Venture LLC Investment | | | | |
| 671. | 02/27/14 Term Loan and Security Agreement between Credit Strategies LLC, ALS Capital Ventures LLC, The Lenders and BAM Administrative Services LLC | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 672. | 09/26/16 Promissory Note for $5,000,000 | | | | |
| 673. | 08/31/15 Credit Agreement by and between Platinum Partners Credit Opportunities Master Fund, LP and Heartland Bank | | | | |
| 674. | 10/03/16 Notice of Policy Lapse to BAM | | | | |
| 680. | 03/31/16 Valuation of Equity Instruments of Urigen Pharmaceuticals, Inc. | | | | |
| 681. | 06/29/15 Urigen Pharmaceuticals, Inc. Senior Secured Convertible Promissory Note | | | | |
| 682. | 07/18/16 Letter from B. Schwartz to M. Nordlicht re Guidepost engagement | | | | |
| 683. | 10/30/16 Email from J. SanFilippo to S. Horowitz and D. Steinberg re Daybreak transaction proceeds | | | | |
| 684. | 12/01/14 Email from S. Fuerst to D. Small, D. Levy (cc: J. Shulse) re: Purchase Agreement | | | | |
| 686. | 08/29/14 Sterling National Bank checking account statement (account ending 0543) [PPCO & PPLO 000562-566; Highly Confidential – Attorney's Eyes Only] | | | | |
| 688. | 12/01/16 Email from C. Lindstrom to C. Smyser, M. Okin, J. Waggoner, J. Potts (cc: M. Dortch) re cash disbursement projection spreadsheet | | | | |
| 690. | 06/19/14 Organizational Consent in Lieu of a Meeting of the Board of Directors of LaFitte Energy Corp. | | | | |
| 691. | 07/30/14 Email from N. Marzella to J. SanFilippo FW: Election/Vol/Tender - Consent/BLACK ELK ENERGY OFFSHOR BLELK [PPVA_0002683-89, Confidential] | | | | |
| 692. | 11/04/14 Email thread from J. SanFilippo to E. Rakower re sold the Black Elk package [PPVA_0004382-83, Confidential] | | | | |
| 694. | 01/29/15 Email from D. Small to B. Macmillan (cc: K. Schott, D. Levy, Z. Weiner, S. Salfati) re: NOG Exchange Agreements [PPVA_0010870-950, Confidential] | | | | |
| 697. | 07/19/14 Email from Prime Services Online Corporate Actions to J. SanFilippo re: New/Vol/Tender - Consent/BLACK ELK ENERGY OFFSHOR BLELK [PPVA_0002510-12] | | | | |

619356.3

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 698. | 07/23/14 Email from Prime Services Online Corporate Actions to J. SanFilippo re: Election/Vol/Tender - Consent/BLACK ELK ENERGY OFFSHOR BLELK [PPVA_0002623-25] | | | | |
| 699. | 08/06/14 Email from Prime Services Online Corporate Actions to J. SanFilippo re: Election/Vol/Tender - Consent/BLACK ELK ENERGY OFFSHOR BLELK [PPVA_0002870-72] | | | | |
| 700. | 08/06/14 Email from A. Alonso to N. Marzella re: Election/Vol/Tender - Consent/BLACK ELK ENERGY OFFSHOR BLELK [PPVA_0002888-91, Confidential] | | | | |
| 701. | 01/29/15 Email from J. SanFilippo to Z. Weiner (cc: N. Manela, D. Levy, D. Mandelbaum) re: PPLO black elk agreement [PPVA_0010836, Confidential] | | | | |
| 704. | 02/23/16  Examination Under Oath of Joe Bruno | | | | |
| 711. | 11/29/16 Deposition of David Levy | | | | |
| 712. | 11/29/16 Deposition of Samuel Salfati | | | | |
| 729. | 11/30/16 Deposition of Mark Nordlicht | | | | |
| 793. | 11/28/16 Deposition of Jeffrey Shulse | | | | |
| 794. | 12/07/16 Deposition of Harvey Werblowsky | | | | |
| 807. | 12/05/16 Third Amended Notice of Deposition of PPCO/PPLC Corporate Representative | | | | |
| 808. | 01/19/16 Settlement of West Ventures LCC and Reginaldo Luiz Ferreire De Almeida | | | | |
| 809. | 04/20/16 Brasil pleading | | | | |
| 810. | 06/16/16 Presentation: Platinum Partners Abdala Tailings Project: Pre-Operation Capital Cost and Project Schedule Review | | | | |
| 811. | 01/06/16 Memo from JDS Energy & Mining Inc. to Ari Hirt (cc: E. Bertram, S. Salfati, M. Nordlicht and Z. Weiner) re Abdala Tailings study report for Platinum Partners | | | | |
| 812. | 03/08/16  Intrumento Particular De Primeira Alteracao Do Contrato Social de Sul Real XXXII Participacoes Ltda. | | | | |
| 830. | 12/06/16 Deposition transcript of Joseph SanFilippo | | | | |
| 1063. | 02/27/15 Loan and Security Agreement between Acceleration Bay Inc. and Hamilton Capital XII LLC | | | | |

| Ex. # | DESCRIPTION | OFFER | OBJECT | ADMITTED/ NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 1064. | 06/03/16, *Acceleration Bay v. Activision Blizzard, Inc*, 2016 WL 3186890 (Civil Action Nos. 15-228-RGA, 15-282-RGA, 15-311-RGA) | | | | |
| 1065. | 01/09/17 Declaration of Receiver Bart M. Schwartz in Support of Joint Motion of Securities and Exchange Commission and Receiver for Modification of the Platinum TRO and Receiver Order and for Emergency Relief | | | | |
| 1066. | 12/14/16 Agreed Order | | | | |
| 1067. | 01/11/17 Defendants Platinum Partners Liquid Opportunities Master Fund, LP and Platinum Partners Credit Opportunities Master Fund, LP's Answer to Plaintiff's Original Complaint | | | | |
| 1068. | 01/20/17 Deposition of Bart M. Schwartz [Attorney's Eyes Only] | | | | |
| 1069. | 11/18/16 Letter from C. Smyser to J. Velona (SEC) re enclosing Original Complaint and exhibits filed | | | | |
| 1070. | 11/22/16 Letter from C. Smyser to J. Velona (SEC) re enclosing depositions and exhibits taken in the Bankruptcy proceedings | | | | |
| 1071. | 12/19/16 Email from C. Smyser to K. Byrne (cc: J. Velona) re waiver of attorney-client privilege with respect to communication and other documents to or from Baker Hostetler LLP | | | | |
| 1072. | 12/28/16 Email from C. Lindstrom to C. Smyser (cc: A. Levine and C. Barenholtz re updated December 2016 expenses | | | | |
| 1073. | 01/16/17 Email from C. Lindstrom to M. Okin, J. Waggoner, J. Potts, C. Smyser (cc: M. Dortch, C. Barenholtz, and A. Levine) re four elements in order to obtain a preliminary injunction | | | | |
| 1074. | 12/19/16 *SEC v. Platinum Management (NY) LLC, et al*, Plaintiff's Memorandum of Law in Support of its Emergency Application for an Order to show cause, Temporary Restraining Order, Preliminary Injunction, Appointment of a Receiver, and Other Relief | | | | |

Richard Schmidt, the Trustee of the Black Elk Litigation Trust, reserves the right to amend the Witness List and Exhibit List.  The Trustee also reserves the right to use any exhibit listed on any other party's exhibit list or to object to same.

<div style="margin-left: 40%;">

Respectfully submitted,

By:  /s/   Craig Smyser

SMYSER KAPLAN & VESELKA, L.L.P.
Craig Smyser
Attorney-in-Charge
Texas Bar No. 18777575
Fed. Bar No. 848
csmyser@skv.com
700 Louisiana, Suite 2300
Houston, Texas 77002
713-221-2300
713-221-2320 (fax)

</div>

Of Counsel:

SMYSER KAPLAN & VESELKA, L.L.P.
Jeff Potts
Texas Bar No. 00784781
Fed. Bar No. 16504
Justin Waggoner
Texas Bar No. 24003122
Fed. Bar No. 23098
700 Louisiana, Suite 2300
Houston, Texas 77002
713-221-2300
713-221-2320 (fax)
jpotts@skv.com
jwaggoner@skv.com

619356.3

Oᴋɪɴ Aᴅᴀᴍs LLP
Matthew Okin
Texas Bar No. 00784695
Fed. Bar No. 15204
David Curry, Jr.
Texas Bar No. 24065107
Fed. Bar No. 975482
1113 Vine St., Suite 201
Houston, Texas 77002
713-228-4100
888-865-2118
mokin@okinadams.com
dcurry@okinadams.com

**ATTORNEYS FOR TRUSTEE**